plication for refund to the Board of Finance and Revenue with right of appeal to the Dauphin County court.

The order of January 9, 1950, is reversed and the record remitted to the court below to award the sum in controversy to the Commonwealth without escheat under Sec. 1314 of the Fiscal Code of 1929 for payment into the State Treasury through the Department of Revenue. Costs of this appeal are to be paid out of the fund now directed to be paid to the Commonwealth without escheat.

## Von Colln, Appellant, v. Pennsylvania Railroad Company.

Argued November 16, 1950. Before DREW, C. J., STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*David Freeman,* for appellants.

*F. Hastings Griffin, Jr.,* with him *Theodore Voorhees* and *Barnes, Dechert, Price, Myers & Clark,* for appellee.

OPINION PER CURIAM, April 17, 1951:

Judgment affirmed on the Per Curiam opinion of the learned court below.

Commonwealth ex rel. Bandi, Appellant, *v.* Ashe.